# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**KEVIN McCARTY, #120526,**              :

    **Plaintiff,**                           :

**vs.**                                   :  **CIVIL ACTION 07-0039-WS-M**

**PRISON HEALTH SERVICES,** *et al.*,     :

    **Defendants.**                        :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Motion for Emergency Injunction Relief (Doc. 59) be and is hereby **DENIED**.

    **DONE** this 17th day of October, 2007.

                                                                s/WILLIAM H. STEELE
                                                                UNITED STATES DISTRICT JUDGE