# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KEVIN McCARTY, #120526,** | : |
| Plaintiff, | : |
| vs. | :    **CIVIL ACTION 07-0039-WS-M** |
| **PRISON HEALTH SERVICES,** *et al.*, | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's Motion for Emergency Injunction Relief (Doc. 59) be and is hereby **DENIED**.

**DONE** this 17th day of October, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE